**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:15CR00443-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **COREY JOEL SHAFFER,** | ) | |
| | ) | |
| Defendant. | ) | |

  This matter was heard on January 22, 2016, upon the request of the United States Pretrial and Probation Office for a finding that the defendant violated the conditions of supervised release [Doc. 3].  The defendant was present and represented by Attorney Carlos Warner.

  The violation report was referred to Magistrate Judge Kathleen B. Burke who issued a Report and Recommendation on January 13, 2016 [Doc. 8] at which time the defendant waived the objection period.  No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

    1) failure to report to the Probation Office as instructed;

    2) failure to report for drug testing;

    3) failure to report change in address as required;

    4) failure to report contact with law enforcement within 72 hours.

  The Court found the violations to be Grade C and that defendant was a Criminal History

Category IV.

The Court, after considering the Section 3553(a) factors, continued the defendant's supervised release with the following additional conditions: 1) the defendant shall successfully complete an inpatient drug rehabilitation program; and 2) upon completion of the drug rehabilitation program, the defendant shall successfully complete a 180 day period of community control placement during which he will only be released to work, to attend substance abuse counseling programs, or for medical treatment.

Defendant remanded to the custody of the U.S. Marshals until a bed becomes available on January 26, 2016.  Upon successful completion of the drug rehabilitation program, defendant shall be transported directly to a community control facility.

**IT IS SO ORDERED.**


Dated: January 22, 2016                             *s/    James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE